IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00924–DME–KMT

TODD NORRIS,

    Plaintiff,

v.

RICHARD FISHER, individually, as an employee operating under the color of law for the Buena Vista Correctional Complex,
CAROL MCCORMACK, individually, as an employee operating under the color of law for the Buena Vista Correctional Complex, and
TIMOTHY VAUGHN, individually, as an employee operating under the color of law for the Buena Vista Correctional Complex.

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's counsel's Motion to Withdraw. (Doc. No. 30, filed Sept. 30, 2013.) Being otherwise fully advised, it is hereby ORDERED that the Motion (Doc. No. 30) is GRANTED. Attorneys Joseph Woelkers and William Wayne Muhr are relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk of Court is instructed to remove Messrs. Woelkers and Muhr from the electronic certificate of mailing. Plaintiff is advised that he personally is responsible for complying with all court orders and time limitations established by any applicable rules, including the Federal Rules of Civil Procedure and the Local Rules of Practice in the United States District Court for the District of Colorado. The Clerk of Court is directed to serve a copy of this order on Plaintiff at 8241 Pennsylvania Way Denver, CO 80229.

Dated: October 2, 2013