**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00924-DME-KMT

TODD NORRIS,

    Plaintiff,

v.

BUENA VISTA CORRECTIONAL COMPLEX;
COLORADO DEPARTMENT OF CORRECTIONS;
JOHN DOES 1-5, whose true names and identities are unknown;
RICHARD FISHER, individually, as an employee operating under the color of state law for the Buena Vista Correctional Complex;
CAROL McCORMACK, individually, as an employee operating under the color of state law for the Buena Vista Correctional Complex; and
TIMOTHY VAUGHN, individually, as an employee operating under the color of state law for the Buena Vista Correctional Complex,

    Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND DISMISSING CLAIMS WITHOUT PREJUDICE**

---

This matter comes before the Court on the magistrate judge's recommendation to dismiss without prejudice Plaintiff Todd Norris's claims asserted against Defendants Richard Fisher, Carol McCormack, and Timothy Vaughn in their individual capacities. (Doc. 35.) Because Norris did not file any objection to this recommendation, the Court will review the magistrate judge's recommendation to determine if there is "clear error on the face of the record." Harp v. Dep't of Human Servs., 932 F. Supp. 2d 1217, 1221 (D. Colo. 2013); see also Summers v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991). Finding no such error, the Court ADOPTS the magistrate judge's recommendation and DISMISSES without prejudice Norris's claims against these three Defendants.

Because this order resolves all of Norris's claims, the Clerk may close this case and, to the extent the Court previously dismissed with prejudice Norris' claims against Defendants Buena Vista Correctional Complex, Colorado Department of Corrections, and John Does 1-5 (Doc. 18), enter judgment accordingly.

Dated this 30th day of December , 2013.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE
DISTRICT OF COLORADO