**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00924-DME-KMT

TODD NORRIS,

    Plaintiff,

v.

BUENA VISTA CORRECTIONAL COMPLEX;
COLORADO DEPARTMENT OF CORRECTIONS;
JOHN DOES 1-5, whose true names and identities are unknown;
RICHARD FISHER, individually, as an employee operating under the color of state law for the Buena Vista Correctional Complex;
CAROL McCORMACK, individually, as an employee operating under the color of state law for the Buena Vista Correctional Complex; and
TIMOTHY VAUGHN, individually, as an employee operating under the color of state law for the Buena Vista Correctional Complex,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation And Dismissing Claims Without Prejudice [Docket No. 36] of Senior Circuit Judge David M. Ebel entered on December 30, 2013 it is

**ORDERED** that the Court ADOPTS the Recommendation of Magistrate Judge Kathleen M. Tafoya entered on December 12, 2013 and DISMISSES without prejudice plaintiff's claims against defendants Richard Fisher, Carol McCormack and Timothy

Vaughn.  It is

**FURTHER ORDERED** that because this order resolves all of plaintiff's claims and to the extent the Court previously dismissed with prejudice plaintiff's claims against defendants Buena Vista Correctional Complex, Colorado Department of Corrections and John Does 1-5 [Docket No. 18], judgment shall enter in favor of the defendants and against the plaintiff.   It is

**FURTHER ORDERED** that this case is closed in its entirety.

Dated at Denver, Colorado this 3rd day of January, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks
_____

Kathy Preuitt-Parks
Deputy Clerk